## CHEETAH OMNI LLC, Plaintiff–Appellant,

v.

## SAMSUNG ELECTRONICS AMERICA, INC. and Samsung Electronics USA, Inc., Defendants,

### and

## Mitsubishi Digital Electronics America, Inc., Defendant–Appellee.

No. 2010–1169.

United States Court of Appeals, Federal Circuit.

Oct. 12, 2010.

Thomas A. Lewry, Brook Kushman P.C., of Southfield, MI, argued for plaintiff-appellant. With him on the brief were Frank A. Angileri, John S. Leroy and Robert C.J. Tuttle.

Vincent J. Belusko, Morrison & Foerster LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief was Nicole M. Smith.

Before RADER, Chief Judge, NEWMAN and CLEVENGER, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**